ALLEN CONSTRUCTION, INC. *v.* BARBARA
CABANILLA ET AL.
(AC 28103)

McLachlan, Harper and Lavery, Js.

Argued March 20—officially released April 22, 2008

Per Curiam. The judgment is affirmed.

CECELIA LEBBY *v.* CITY OF NEW BRITAIN ET AL.
(AC 29079)

Flynn, C. J., and DiPentima and Harper, Js.

Submitted on briefs March 31—officially released April 29, 2008

Per Curiam. The judgment is affirmed.

PAUL DADDONA *v.* MELISSA PEACOCK, EXECUTOR
(ESTATE OF PHILLIP B. SWAIM), ET AL.
(AC 28643)

Flynn, C. J., and DiPentima and Harper, Js.

Submitted on briefs March 31—officially released April 29, 2008

Per Curiam. The judgment is affirmed.